# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 28, 2023

Marie-Louise Samuels Parmer
Parmer DeLiberato, PA
PO BOX 18988
TAMPA, FL 33679

Appeal Number: 22-13036-AA
Case Style: USA v. Zachary Lopez
District Court Docket No: 8:22-cr-00025-KKM-SPF-1

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Appellant's brief is due 40 days from the date of the enclosed order, with the appendix due within 7 days from the filing of the brief.

CJA information will be issued in a separate notice.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13036

_____

UNITED STATES OF AMERICA,

                                                                        Plaintiff-Appellee,

*versus*

ZACHARY DEE LOPEZ,
a.k.a. Zacahry Lopez,

                                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cr-00025-KKM-SPF-1

_____

ORDER:

| 2 | Order of the Court | 22-13036 |
|---|---|---|

The Court previously ordered that counsel would be appointed for the Appellant. The Court hereby appoints the following attorney as counsel for Appellant under the Criminal Justice Act:

Marie-Louise Samuels Parmer
Samuels Parmer Law, P.A.
P.O. Box 18988
Tampa, FL 33679

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE